**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kirk Whitcombe, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>Larry Henak, et al.,<br><br>    Defendants. | No. CV-06-00374-PHX-ROS<br><br>**ORDER** |

This case involves Plaintiffs' attempts to challenge judgments issued by a state court in Washington. The case was dismissed in March 2006. (Doc. 16). That order was affirmed by the Ninth Circuit in July 2007. (Doc. 36). Plaintiffs now request the Court appoint counsel, apparently to help them in continuing to challenge the Washington judgments. This case is closed and there is no plausible basis for appointing counsel.

Accordingly,

**IT IS ORDERED** the Motion for Appointment of Counsel (Doc. 38) is **DENIED**.

Dated this 27th day of July, 2020.

Honorable Roslyn O. Silver
Senior United States District Judge